**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIRO TAPIA CIELO,<br><br>                          Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility; U.S. DEPARTMENT OF HOMELAND SECURITY, et al<br><br>                          Respondents. | Case No.:  26-cv-0097-BJC-VET<br><br>**ORDER GRANTING JOINT MOTION [ECF NO. 5]** |

On January 7, 2026, Petitioner Ramiro Tapia Cielo filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241.  On January 9, 2026, Respondent filed a Return to the petition noting that "Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025)." ECF No. 3.  Respondent acknowledged that Petitioner is detained under 8 U.S.C. § 1226(a) making him "entitled to an order from this Court directing that he be released" pursuant to conditions set in Petitioner's previously held bond hearing.  ECF No. 3 at 2; FN 1.

//
//
//
//

On January 12, 2026, the parties filed a Joint Motion in Lieu of Traverse in which the parties agree on the relief warranted in this matter.  ECF No. 5.

Based on the joint stipulation of the parties, the Court:

a. **GRANTS** Mr. Tapia Cielo's Petition;

b. **FINDS** that Petitioner is an 8 U.S.C. § 1226(a) detainee; and

c. **ORDERS** Respondents to immediately implement the Immigration Judge's January 2, 2026, custody order by accepting a $2,000 bond and releasing Petitioner under the conditions set forth in that order.

**IT IS SO ORDERED**.

Dated:  January 13, 2026

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-3057-BJC-MMP